ADAM R.F. GUSTAFSON, Principal Deputy Assistant Attorney General
RICKEY D. TURNER, JR., Senior Attorney
CO Bar No.38353
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Tel: (202) 532-3073
Email: rickey.turner@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## OF ARIZONA

| | |
|---|---|
| International Society for the Protection of Mustangs and Burros, a non-profit organization, and Betty Nixon, an individual, <br><br> *Plaintiffs*, <br><br> v. <br><br> United States Government, Department of Agriculture, Brooke L. Rollins, as the acting Secretary of Agriculture, Tom Schultz, as Chief of the U.S. Forest Service, and Josh Miller, as acting Forest Supervisor, and Does 1 through 10, <br><br> *Defendants*. | Case No.: 3:26-cv-08092-KML <br><br> **STATUS RE HORSE GATHER ON THE APACHE-SITGREAVES NATIONAL FOREST** |

Defendants, United States Department of Agriculture, *et al*., by and through undersigned counsel, respectfully provide this notice in response to the Court's April 22, 2026 minute entry:

1. There is no emergency here and nothing yet to potentially enjoin.

1

2. Undersigned counsel received notice of Plaintiffs' temporary restraining order motion this morning and worked diligently to obtain the relevant information from the United States Forest Service (Forest Service) as quickly as possible.

3. Based on information provided by the Forest Service, the agency is still in the planning phase of any horse removal activity at issue in Plaintiffs' motion. For this reason, the earliest the Forest Service will conduct any gathers or other on-the-ground removal activity involving these horses is **July 15, 2026**.

4. The Forest Service also has not authorized any third parties to gather or remove horses on its behalf. The Forest Service issued an April 2, 2026 impoundment notice to alert the public that the agency anticipates undertaking removal activity in the future and to provide notice that any private owners of horses or livestock should retrieve their animals before Forest Service operations begin. Those private retrieval efforts are not being undertaken by the Forest Service, and the Forest Service has not authorized the removal of any non-privately owned horses on its behalf.

5. In light of the Forest Service's commitment that it will not undertake the challenged gather activity **before July 15, 2026**, at the earliest, there is no imminent federal action requiring emergency injunctive relief. Defendants therefore propose to meet and confer promptly with Plaintiffs regarding a mutually agreeable schedule for preliminary injunction briefing that will allow adequate time for both full presentation of the issues and for the Court's consideration of the motion.

Dated: April 23, 2026                Respectfully submitted,

ADAM R.F. GUSTAFSON,
Principal Deputy Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
MICHAEL EITEL, Acting Assistant Section Chief

*/s/ Rickey D. Turner, Jr.*
RICKEY D. TURNER, JR.
CO Bar No. 38353
Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Tel: (202) 532-3073
Email: rickey.turner@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Rickey D. Turner Jr.*
Rickey D. Turner Jr.