Anthony W. Merrill (#022598)
Amanda Z. Weaver (#034644)
John Habib (#037431)
SNELL & WILMER LLP
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone:    602.382.6000
Facsimile:    602.382.6070
Email: amerrill@swlaw.com
        aweaver@swlaw.com
        jhabib@swlaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| International Society for the Protection of Mustangs and Burros, a non-profit organization, and Betty Nixon, an individual, | No. 3:26-cv-08092-KML |
| Plaintiffs, | **JOINT STIPULATION** |
| v. | |
| United States Government, Department of Agriculture, Brooke L. Rollins, as the acting Secretary of Agriculture, United States Forest Service, Tom Schultz, as Chief of the U.S. Forest Service, and Joshua Miller, as acting Forest Supervisor, and Does 1 through 10, | |
| Defendants. | |

Counsel for Plaintiffs International Society for the Protection of Mustangs and Burros and Betty Nixon (collectively, "Plaintiffs") and Defendants The United States Government Department of Agriculture, Brooke L. Rollins, United States Forest Service, Tom Schultz, and Joshua Miller (collectively, "Defendants"), submit this joint stipulation reflecting that the Parties have agreed to the following:

1. The U.S. Forest Service will issue (a) a modified impoundment notice; and

    (b) a notice on its website, which state the following:

4924-5088-6310

    a. "Private parties that attempt to reclaim their private livestock on National Forest Lands must comply with all applicable law, policy, and procedures. No non-privately-owned horse may be removed from the Black Mesa and Lakeside Ranger District on the Apache-Sitgreaves National Forests without compliance with applicable state and federal law, and until the below-specified motion for preliminary injunction in above-captioned lawsuit is resolved on or before July 15, 2026. From now until July 15, 2026, all non-privately-owned horses will be subject to all provisions and protections of the Wild Free-Roaming Horse and Burros Act. Federal law prohibits causing or allowing the inhumane treatment or harassment of and the unauthorized removal or attempted removal of any wild horse from the Apache-Sitgreaves National Forests by third parties, subject to criminal penalties."

2. The U.S. Forest Service will issue the above-specified notice on its website on or before April 28, 2026, and will issue a modified impoundment notice on or before May 4, 2026.

3. Until July 15, 2026, the U.S. Forest Service agrees to follow its ordinary and normal protocol for implementing the Wild Free-Roaming Horse and Burros Act. It will investigate reports of violations in the Apache-Sitgreaves National Forests, and, in the event of a violation, pass along the relevant information to appropriate law enforcement for further investigation.

4. The Parties will propose a briefing schedule on Plaintiffs' forthcoming Motion for Preliminary Injunction for this Court's consideration to be heard and resolved prior to July 15, 2026; given the Parties' instant Stipulation and subject to Plaintiffs' forthcoming filed Motion for Preliminary Injunction, Plaintiffs hereby withdraw their Motion for Temporary Restraining Order, without waiving or otherwise prejudicing any arguments or relief sought

- 1 -

4924-5088-6310

therein, and without waiving or otherwise prejudicing any of the Parties' agreements as set forth in this Stipulation.

DATED this 27th day of April 2026.

SNELL & WILMER L.L.P.

By: *s/ Amanda Z. Weaver*
Anthony W. Merrill
Amanda Z. Weaver
John Habib
One East Washington St., Suite 2700
Phoenix, Arizona 85004-2556

*Attorneys for Plaintiffs*

ADAM R.F. GUSTAFSON,
Principal Deputy Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
MICHAEL EITEL, Acting Assistant Section Chief

By: *s/ Rickey D. Turner, Jr. (w/ permission)*
RICKEY D. TURNER, JR.
CO Bar No. 38353
Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Tel: (202) 532-3073
Email: rickey.turner@usdoj.gov

- 2 -

4924-5088-6310