Anthony W. Merrill (#022598)
Amanda Z. Weaver (#034644)
John Habib (#037431)
SNELL & WILMER LLP
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone:    602.382.6000
Facsimile:    602.382.6070
Email: amerrill@swlaw.com
       aweaver@swlaw.com
       jhabib@swlaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| International Society for the Protection of Mustangs and Burros, a non-profit organization, and Betty Nixon, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>United States Government, Department of Agriculture, Brooke L. Rollins, as the acting Secretary of Agriculture, United States Forest Service, Tom Schultz, as Chief of the U.S. Forest Service, and Joshua Miller, as acting Forest Supervisor, and Does 1 through 10,<br><br>Defendants. | No. 3:26-cv-08092-KML<br><br>**JOINT MOTION REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Consistent with this Court's April 27, 2026 Minute Entry, the Joint Stipulation filed by Plaintiffs International Society for the Protection of Mustangs and Burros and Betty Nixon (collectively, "Plaintiffs") and Defendants the United States Government Department of Agriculture, Brooke L. Rollins, United States Forest Service, Tom Schultz, and Joshua Miller (collectively, "Defendants", and with Plaintiffs, the "Parties"), and this Court's April 28, 2026 Order on the Parties' Joint Stipulation, the Parties hereby submit this joint motion to adopt the following briefing schedule for Plaintiffs' forthcoming Motion for Preliminary Injunction:

4924-3112-0806

May 5:        Plaintiffs' Motion for Preliminary Injunction

May 21:       Defendants' Response

May 29:       Plaintiffs' Reply

The Parties agree that Defendants' answer to Plaintiffs' complaint will be due 60 days after the Court's decision on Plaintiffs' motion for preliminary injunction.

DATED this 29th day of April 2026.                SNELL & WILMER L.L.P.

By:  /s/ Amanda Z. Weaver
     Anthony W. Merrill
     Amanda Z. Weaver
     John Habib
     One East Washington St., Suite 2700
     Phoenix, Arizona 85004-2556

     *Attorneys for Plaintiffs*

     ADAM R.F. GUSTAFSON,
     Principal Deputy Assistant Attorney
     General
     MEREDITH L. FLAX, Deputy
     Section Chief
     MICHAEL EITEL, Acting Assistant
     Section Chief

By:  /s/ Rickey D. Turner, Jr. (w/ permission)
     RICKEY D. TURNER, JR.
     CO Bar No. 38353
     Senior Attorney
     U.S. Department of Justice
     Environment & Natural Resources
     Division
     Wildlife & Marine Resources Section
     999 18th Street, North Terrace, Suite
     600
     Tel: (202) 532-3073
     Email: rickey.turner@usdoj.gov

- 2 -

4924-3112-0806